UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:10-cr-00062-5

**United States of America**

v.

**Darby Brooke Wright**

**ORDER**

    This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on July 14, 2023, and issued a report and recommendation as to the disposition of this matter. Doc. 487. Defendant waived her right to object to the report, agreed to the revocation of her supervised release, agreed to the sentence below, and waived her right to be present for sentencing. Docs. 485, 486.

    The court hereby accepts the report and recommendation of the magistrate judge. Defendant's supervised release is revoked, and the court sentences defendant Darby Brooke Wright to imprisonment for a term of 12 months and 1 day with no further supervised release.

*So ordered by the court on July 18, 2023.*

J. CAMPBELL BARKER
United States District Judge